UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| V. | § § | C.R. ACTION NO. 4:89-232 (03) |
| Roque Urdiales Garcia, | § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant's Motion for a Writ of Error Coram Nobis (Document No. 1585). Having considered the motion and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

ORDERS that the Writ of Error Coram Nobis (Document No. 1585) is DENIED.

Signed the __4__ day of November, 2010.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE