UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | C.R. ACTION NO. 4:89-232 (03) |
| Roque Urdiales Garcia, | § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is the Motion for Leave to File Notice of Appeal Out of Time for Good Cause Shown (Document No. 1587). Having considered the motion and the applicable law, the Court determines that the motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion for Leave to File Notice of Appeal Out of Time for Good Cause Shown (Document No. 1587) is GRANTED.

Signed the __18__ day of March, 2011.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE