United States District Court
Southern District of Texas
**ENTERED**
August 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| V. | § | C.R. ACTION NO. H-89-232 |
| Roque Urdiales Garcia, | § § § | |

### ORDER

Pending before the Court is Defendant's Motion to Reduce Sentence (Document No. 1647) and Motion for Relief from Judgment or Order (Document No. 1648). Having considered the motions, submissions, and applicable law, the Court determines that the foregoing motions should be denied. Accordingly, the Court hereby

ORDERS that all of the foregoing motions are DENIED.

Signed the __21__ day of August, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE